WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, DLJ Mortgage Capital, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.:  2:20-cv-02251-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 14-16]** <br><br> **[First Request]** |

Plaintiff DLJ Mortgage Capital, Inc. ("DLJ Mortgage"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity") and Defendants Chicago Title Insurance Company ("Chicago") and Chicago Title Agency of Nevada ("Chicago Agency", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 13, 2020, DLJ Mortgage filed its Complaint in Eighth Judicial District Court, Case No. A-20-826196-C [ECF No. 1-1];
2. On December 13, 2020, Chicago Title filed its Petition for Removal to this Court [ECF No. 1];
3. On January 27, 2021, Chicago Title filed a Motion to Dismiss [ECF No. 14];
4. On January 27, 2021, Chicago Agency also filed a Motion to Dismiss [ECF No. 15];
5. On January 27, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 16];

6. DLJ Mortgage's deadline to respond to Defendants' Motions to Dismiss is currently February 10, 2021;

7. DLJ Mortgage's counsel is requesting an extension until March 15, 2021, to file its response to the pending Motions to Dismiss;

8. This extension is requested to allow DLJ Mortgage additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for DLJ Mortgage continues to recover from an unexpected medical emergency.

9. Counsel for Defendants does not oppose the requested extension;

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of February, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, DLJ Mortgage Capital, Inc.*

DATED this 9th day of February, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Chicago Title Agency of Nevada*

**IT IS SO ORDERED.**

Dated this __10th__ day of February, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE