UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., | Case No.: 2:20-cv-02251-APG-DJA |
| Plaintiff | **Order Granting Motion to Stay Briefing** |
| v. | [ECF No. 18] |
| FIDELITY NATIONAL TITLE GROUP, INC., et al., | |
| Defendants | |

I ORDER that the plaintiff's motion to stay briefing **(ECF No. 18) is GRANTED**. The deadline for the plaintiff's responses to the defendants' motions to dismiss is stayed pending my ruling on the plaintiff's motion to remand.

DATED this 12th day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE